UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

Robert Romanomurphy
Linda Romanomurphy,                                    Case No.: 07-15466-PGH-7

                    Debtor(s).
_____/

### *EX PARTE*  MOTION OF CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. FOR AN ORDER REOPENING BANKRUPTCY CASE

Capital One Auto Finance, a Division of Capital One, N.A. ("*Capital One Auto Finance*" or the "*Movant*") files this *Ex Parte* Motion for an Order Reopening Bankruptcy Case, which seeks an order from the Court reopening the above-captioned bankruptcy case (the "*Bankruptcy Case*"), so that it may later request that this Court restrict public access to personally identifiable information contained in **Proof of Claim Numbers 3-1 and 3-2** (the *"Unredacted Documents"*), filed in the above-referenced bankruptcy case.  In support of this Motion, the Movant would respectfully show the Court as follows:

#### Jurisdiction

1.      This Court has jurisdiction over the relief requested in this Motion pursuant to 28 U.S.C. §§ 157(b) and 1334.  This is a core proceeding.  The relief sough herein may be granted pursuant 11 U.S.C. § 107 and Federal Rule of Bankruptcy Procedure 9037.

#### Factual Background

2.      Prior to the initiation of the Bankruptcy Case, Capital One Auto Finance provided a closed-end term loan secured by an automobile ("*Loan*") to the above-captioned debtor(s) (if joint debtors, the "*Debtors*" and if single debtor, the "*Debtor*").  After the Bankruptcy Case

commenced, an independent, third-party contractor electronically filed the Unredacted Documents on behalf of Capital One Auto Finance.

3.    The Unredacted Documents, however, disclosed certain personally identifiable information that should have been redacted pursuant to Bankruptcy Rule 9037.

4.    This case has been closed; consequently, Capital One Auto Finance is seeking to have this case re-opened so this court can consider its request to remedy the issue with the Unredacted Documents previously filed in this Case.

**Relief Requested & Legal Analysis**

5.    The Movant seeks to rectify this situation by having the Unredacted Documents sealed from public access.

6.    Capital One Auto Finance will amend the Unredacted Documents by filing an amended document redacted in accordance with Fed. R. Bankr. P. 9037(a), but identical to the original document in all other respects.

7.    As this Motion is filed as part of a process to protect consumer information pursuant to Rule 9037, Movant believes that this Motion may be granted *ex parte*.  The Movant has provided, or will provide sufficient notice of this Motion and the entry of any order by sending it to the Debtor, Counsel for the Debtor, the United States Trustee, and any trustees in the Bankruptcy Case, as appropriate.  Capital One Auto Finance submits that such notice is appropriate given the circumstances of this Motion.

8.    Finally, Capital One Auto Finance apologizes for the administrative burdens caused by its error, and wishes to express its gratitude to the Court, its staff, and the debtor(s) and trustee in this Bankruptcy Case for their patience and cooperation in this matter.

2

WHEREFORE, the Movant respectfully requests that the Court enter an order, the proposed form of which is attached hereto as Exhibit A, (i) reopening this Bankruptcy Case and (ii) granting such other relief as may be proper.

Respectfully submitted November 7, 2013

**HUNTON & WILLIAMS LLP**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

*/s/ Matthew Mannering*
Matthew Mannering
Florida Bar No. 0039300
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: 305.810.2500
Facsimile: 305.810.2460

-and-

Jarrett L. Hale
1445 Ross Avenue, 37th Floor
Dallas, Texas 75202
Telephone: 214.979.3000
Facsimile: 214.880.0011

**Attorneys for Capital One Auto Finance,
a Division of Capital One, N.A.**

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 11, 2013, the foregoing *Ex Parte Motion of Capital One Auto Finance, a Division of Capital One, N.A. for an Order Reopening Bankruptcy Case* and *Proposed Order Granting Ex Parte Motion of Capital One Auto Finance, a Division of Capital One, N.A., ("**Capital One Auto Finance**") for an Order Reopening Bankruptcy Case* will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all registered users.

The undersigned hereby further certifies that on November 12, 2013 a true and correct copy of *Ex Parte Motion of Capital One Auto Finance, a Division of Capital One, N.A. for an Order Reopening Bankruptcy Case* and *Proposed Order Granting Ex Parte Motion of Capital One Auto Finance, a Division of Capital One, N.A., ("**Capital One Auto Finance**") for an Order Reopening Bankruptcy Case* will be served via first-class U.S. Mail, postage pre-paid upon the following parties:

Robert Romanomurphy
Linda Romanomurphy
102 Wicklow Ln
Jupiter, FL 33458
*Pro se Debtor*

Michael R Bakst
PMB 702
222 Lakeview Ave #160
West Palm Beach, FL 33401
*Chapter Trustee*

Office of The United States Trustee
51 SW First Avenue, Room 1204
Miami, FL 33130

*/s/ Matthew Mannering*

4